IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MATTHEW MARTINEZ, et al.,

    Petitioners,

v.                                                                 No. CV 20-1309 WJ/CG

CORE CIVIC, et al.,

    Respondents.

## **ORDER FOR JOINT STATUS REPORT**

**THIS MATTER** is before the Court upon review of the record. It appears the parties have completed briefing on three separate filings: (1) Petitioners' *Class Action Petition for Writ of Habeas Corpus and Injunctive and Declaratory Relief Pursuant to 28 U.S.C. § 2241, 42 U.S.C. § 1983*, (Doc. 1); (2) Petitioners' *Motion for Class Certification*, (Doc. 2); and (3) Respondent Warden Luis Rosa, Jr.'s *Motion to Dismiss*, (Doc. 16).

**IT IS THEREFORE ORDERED** that the parties shall file a Joint Status Report **by no later than June 4, 2021**, updating the Court on the following:

1. the status of the foregoing filings;
2. the status of any other motions the parties intend to file at this time;
3. the status of the case generally;
4. whether, and to what extent, the parties intend to engage in discovery; and
5. the status of any settlement negotiations.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE